UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| PHILLIP BURTON HAUSKEN,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>BERNIE WARNER, SUPERINTENDENT MONROE CORRECTIONAL COMPLEX, MR. LAFRENIERE, DANIEL LEWIS, and the DEPARTMENT OF CORRECTIONS,<br><br>　　　　　　Defendants. | CASE NO. C14-5072 RBL-KLS<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION |

　　　The Court, having reviewed the Report and Recommendation of Magistrate Judge Karen L. Strombom, objections to the Report and Recommendation, if any, and the remaining record, does hereby find and **ORDER**:

　　　1)　　The Court adopts the Report and Recommendation.

1  2) Plaintiff's motion for *in forma pauperis* status (Dkt. 3) is denied and this action is dismissed for the reasons set forth in the Report and Recommendation.

3) The Clerk is directed to send copies of this Order to Plaintiff and to the Hon. Karen L. Strombom.

**DATED** this 18th day of March, 2014.

*/s/ Ronald B. Leighton*
RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE